# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00808-CV

**Rosendo Morales, Appellant**

**v.**

**Texas Mutual Insurance Company, Texas Department of Insurance-Division of Workers' Compensation, and Commissioner Ryan Brannan, in his Official Capacity, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT NO. 269,135-B, HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Rosendo Morales has filed an unopposed motion to dismiss Texas Mutual Insurance Company from the appeal. We hereby grant the motion and dismiss Texas Mutual Insurance Company as an appellee. The appeal shall continue as to the remaining appellees. We have amended the style of the case to reflect the partial dismissal: *Rosendo Morales, Appellant v. Texas Department of Insurance-Division of Workers' Compensation and Commissioner Ryan Brannan, in his Official Capacity, Appellees*.[1]

---

[1] Rod Bordelon was the Commissioner of Workers' Compensation at the Texas Department of Insurance when Morales filed suit. Bordelon's successor, Ryan Brannan, has been automatically substituted as a party defendant. *See* Tex. R. Civ. P. 7.2(a).

It is ordered March 4, 2015.


Before Justices Puryear, Pemberton, and Bourland